IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERIC SEYMOUR WILLIAMS,

       Plaintiff,

v.                              4:06cv434-WS

NANCY DANIELS, LILJA DANDELAKE, and PAULA WATKINS,

       Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's report and recommendation (doc. 7) docketed November 7, 2006. The Magistrate Judge recommends that Plaintiff's complaint be dismissed for failure to state a claim. Plaintiff has filed no objections to the report and recommendation.

The Court having reviewed the record, it is ORDERED:

1. The Magistrate Judge's report and recommendation (doc. 7) is hereby ADOPTED and incorporated by reference into this order.

2. Plaintiff's complaint is hereby DISMISSED for failure to state a claim upon which relief may be granted and because it is barred by Heck v. Humphrey, 512 U.S. 477 (1994).

3.  The Clerk shall enter judgment accordingly and shall note on the docket that this cause has been dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this   12th   day of   December  , 2006.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE